**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

INTELSAT US LLC,

        Plaintiff,

v.

VSAT SYSTEMS, LLC

        Defendant.

Case No.: 1:20-cv-01169-CM

USDC SDNY
DOCUMENT
ELECTRONICALLY FI
DOC #: _____
DATE FILED: 7/30/20

## NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT

**PLEASE TAKE NOTICE** that Plaintiff Intelsat US LLC, by and through undersigned counsel, and upon the accompanying Declaration of Lisa A. Gerson, will move this Court, before the Honorable Colleen McMahon, at the United States District Courthouse, 500 Pearl Street, Room 24A New York, New York 10007, on July 1, 2020, for an Order of Judgment on Default pursuant to Federal Rule of Civil Procedure 55.

**PLEASE TAKE FURTHER NOTICE** THAT THE ATTACHED LEGAL PAPERS ARE BEING SERVED ON YOU BECAUSE YOU HAVE FAILED TO APPEAR IN A LAWSUIT BROUGHT AGAINST YOU. IF YOU DO NOT ENTER AN APPEARANCE IN THE LAWSUIT **ON OR BEFORE JUNE 30, 2020**, THE COURT WILL ENTER A DEFAULT JUDGMENT AGAINST YOU. IF YOU ARE A CORPORATION, YOU CAN ONLY APPEAR THROUGH AN ATTORNEY. IF YOU ARE AN INDIVIDUAL, YOU MAY APPEAR BY AN ATTORNEY OR PRO SE. IN EITHER EVENT, YOU MUST TAKE SOME ACTION OR A JUDGMENT WILL BE ENTERED AGAINST YOU. ENTRY OF A JUDGMENT MAY RESULT IN A LEVY AGAINST YOUR PROPERTY.

To: VSAT Systems, LLC
1520 S. Arlington St.
Akron, Ohio 44306

*Handwritten annotation:* 7/30/2020 — MEMO END. Because stays of proceedings were in effect when this notice was filed — but have since expired — obtain a new Clerk's Certificate and refile your motion if Defendant is still in default. CM

DM_US 168693143-1 059261.0098

1

Dated: New York, New York
May 26, 2020

                                        McDermott Will & Emery LLP

                                                  By: /s/ Lisa A. Gerson
                                                  John J. Calandra
                                                  Lisa A. Gerson
                                                  340 Madison Avenue
                                                  New York, New York 10173

                                                  *Attorneys for Plaintiff Intelsat US LLC*