Case 1:20-cv-01169-CM Document 33 Filed 08/25/20 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INTELSAT US LLC,

                Plaintiff,

v.

VSAT SYSTEMS, LLC

                Defendant.

Case No.: 1:20-cv-01169-CM

[~~PROPOSED~~]
**DEFAULT JUDGMENT**

---

This action having been commenced on February 10, 2020, by the filing of the Summons and Complaint, and Defendant having waived service of summon by the signing of a Waiver of Service of Summons on February 12, 2020, and which Waiver of Service of Summons was filed with the Court on February 13, 2020 (ECF No. 17), and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That Plaintiff Intelsat US LLC have judgment against Defendant VSAT Systems, LLC in the liquidated amount of $1,793,191.42; with pre-judgment interest at 9% per annum (or $422.16 per day) from February 10, 2020 through August 24, 2020 amounting to $82,743.36; plus costs and disbursements of this action in the amount of $400.00, for a total of $1,876,334.78. Plus pre-judgment interest of $422.16 per diem from August 25, 2020 until entry of judgment in the amount of $20,108.00.

Dated: New York, New York
      13 October, 2020

_____
Honorable Colleen McMahon

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2020

This document was entered on the docket on _____.